UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY J. MEIER,

    Plaintiff,

v.

SGT. AUSTIN (CLARK COUNTY JAIL) and CLARK COUNTY SHERIFF'S OFFICE (CUSTODY BRANCH),

    Defendants.

CASE NO. 3:17-cv-05247-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) The Court grants defendants' motion for summary judgment (Dkt. 16). Plaintiff's action is dismissed.

**DATED** this 11th day of June, 2018.

Ronald B. Leighton
United States District Judge